**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:16-10103-STA |
| JEREMY SEVILLE HALL, | ) | |
| Defendant. | ) | |

___

**ORDER ON CHANGE OF PLEA**
___

This cause came to be heard on July 3, 2017, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Jeremy Seville Hall, appearing in person, and with counsel, Robert Thomas.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 10, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 3rd day of July, 2017.

                                                  s/ S. Thomas Anderson
                                          CHIEF JUDGE, U. S. DISTRICT COURT